**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:09-CR-546-RWS |
| SYLVESTER SINGLETON, : | |
| : | |
| Defendant. : | |

**ORDER**

This case is before the Court for consideration of the Reports & Recommendations [27 & 42] of Magistrate Judge Gerrilyn G. Brill. After reviewing the Reports & Recommendations and the Objections [29] thereto, the Court enters the following order.

In the May 10, 2010 Report & Recommendation [27], Judge Brill recommends that Defendant's Motion to Suppress Statements and Other Evidence [15] be Granted In Part and Denied In Part and that Defendant's Motion to Suppress Evidence [16] be Denied.

Defendant filed Objections [29] to the Report & Recommendation raising issues that were raised in his Post-Hearing Brief [25]. The Court finds that the Report & Recommendation fully addresses those issues. Having reviewed the

Report & Recommendation and Objections, the Report & Recommendation [27] is received with approval and adopted as the opinion and order of this Court. Accordingly, Defendant's Motion to Suppress Statements and Other Evidence [15] is GRANTED IN PART and DENIED IN PART. The Motion is granted with respect to Defendant's Production of Documents to the Probation Office (copied in Government Exhibit 4) but is denied in all other respects. Defendant's Motion to Suppress Evidence [16] is DENIED.

After reviewing the August 2, 2010 Report & Recommendation [42], it is received with approval and adopted as the opinion and order of this Court. Accordingly, Defendant's Motion in Limine to Preclude Government's Presentation of Expert Testimony or in the Alternative for a Daubert hearing [40] is DENIED, without prejudice to Defendant to move for exclusion at the time of trial. The Court will reserve ruling on Defendant's Motion in Limine [39] until the time of trial.

**SO ORDERED** this  14th  day of September, 2010.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)